**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: JACKSON, BRIAN W.         § | Case No. 13-83437 |
|         JACKSON, CHRISTINE M.    § | |
|                                  § | |
| Debtor(s)                        § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 07, 2013.  The undersigned trustee was appointed on December 04, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          37,664.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 91.44 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 37,572.56 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

     6. The deadline for filing non-governmental claims in this case was 02/14/2014 and the deadline for filing governmental claims was 04/07/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,538.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $3,538.50, for a total compensation of $3,538.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/08/2014        By: /s/STEPHEN G. BALSLEY
                             Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-83437  
**Case Name:** JACKSON, BRIAN W.  
JACKSON, CHRISTINE M.  
**Period Ending:** 04/08/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/07/13 (f)  
**§341(a) Meeting Date:** 11/07/13  
**Claims Bar Date:** 02/14/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1006 Butler, Crystal Lake, IL | 199,560.00 | 0.00 | | 0.00 | FA |
| 2 | 2131 Williamsburg, Waukegan, | 76,374.00 | 0.00 | | 0.00 | FA |
| 3 | 2133 Williamsburg, Waukegan, | 75,419.00 | 0.00 | | 0.00 | FA |
| 4 | 2135 Williamsburg, Waukegan, | 75,632.00 | 0.00 | | 0.00 | FA |
| 5 | 2137 Williamsburg, Waukegan, | 75,256.00 | 0.00 | | 0.00 | FA |
| 6 | 2101 Georgetown, Waukegan, | 74,817.00 | 0.00 | | 0.00 | FA |
| 7 | 2138 Georgetown, Waukegan, | 76,552.00 | 0.00 | | 0.00 | FA |
| 8 | 1735 N. Berwick, Unit C, Waukegan, | 75,597.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 10 | BCU Savings account | 0.00 | 0.00 | | 0.00 | FA |
| 11 | BCU | 0.00 | 0.00 | | 0.00 | FA |
| 12 | BMO Harris Bank Checking account held in name of | 2,625.00 | 0.00 | | 0.00 | FA |
| 13 | BMO Harris Bank Checking account | 580.00 | 0.00 | | 0.00 | FA |
| 14 | JPMorgan Chase Checking account | 2,896.00 | 0.00 | | 0.00 | FA |
| 15 | MCU Credit Union Account | 622.00 | 0.00 | | 0.00 | FA |
| 16 | Misc household items and furniture<br>    See Order to Sell Assets entered January 22, 2014. | 4,500.00 | 4,500.00 | | 1,000.00 | FA |
| 17 | Misc art<br>    See Order to Sell Assets entered January 22, 2014. | 100.00 | 100.00 | | 50.00 | FA |
| 18 | CDs<br>    See Order to Sell Assets entered January 22, 2014. | 300.00 | 300.00 | | 100.00 | FA |
| 19 | Diamond ring<br>    See Order to Sell Assets entered January 22, 2014. | 2,000.00 | 2,000.00 | | 1,000.00 | FA |
| 20 | Diamond ring<br>    See Order to Sell Assets entered January 22, 2014. | 175.00 | 175.00 | | 175.00 | FA |
| 21 | Canon T5I<br>    See Order to Sell Assets entered January 22, 2014. | 300.00 | 300.00 | | 300.00 | FA |
| 22 | Genworth Life Insurance Policy | 1,346.50 | 0.00 | | 0.00 | FA |
| 23 | Lincoln Financial Group Annuity Owned by Brian J | 144,276.35 | 0.00 | | 0.00 | FA |

Printed: 04/08/2014 12:37 PM    V.13.14

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83437  
**Case Name:** JACKSON, BRIAN W.  
JACKSON, CHRISTINE M.  
**Period Ending:** 04/08/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/07/13 (f)  
**§341(a) Meeting Date:** 11/07/13  
**Claims Bar Date:** 02/14/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 24 | Structural Iron Workers Local No. 1 Annuity Reti | 221,652.23 | 0.00 | | 0.00 | FA |
| 25 | Iron Workers Mid American Fund Wells Fargo | 783.00 | 0.00 | | 0.00 | FA |
| 26 | Anngar Group LLC | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Judgment against Julius Soltero Lake County, IL | 8,884.00 | 0.00 | | 0.00 | FA |
| 28 | Judgment against Charles Gonzalez and Patricia F | 3,893.86 | 0.00 | | 0.00 | FA |
| 29 | 2002 Chevrolet Blazer<br>See Order to Sell Assets entered January 22, 2014. | 1,326.00 | 1,326.00 | | 1,000.00 | FA |
| 30 | 2004 Chevrolet Silverado<br>See Order to Sell Assets entered January 22, 2014. | 4,622.00 | 2,222.00 | | 2,222.00 | FA |
| 31 | 2005 Chevrolet Corvette<br>See Order to Sell Assets entered January 22, 2014. | 20,581.00 | 20,581.00 | | 15,000.00 | FA |
| 32 | 2007 Cadillac SRX<br>See Order to Sell Assets entered January 22, 2014. | 10,785.00 | 8,385.00 | | 8,385.00 | FA |
| 33 | 2008 Arctic Cat Crossfire 800<br>See Order to Sell Assets entered January 22, 2014. | 2,000.00 | 2,000.00 | | 1,000.00 | FA |
| 34 | 2008 Arctic Cat Crossfire 600<br>See Order to Sell Assets entered January 22, 2014. | 1,800.00 | 1,800.00 | | 1,000.00 | FA |
| 35 | 2003 Arctic Cat ZL 550<br>See Order to Sell Assets entered January 22, 2014. | 1,000.00 | 1,000.00 | | 500.00 | FA |
| 36 | Arctic Cat ZL 440<br>See Order to Sell Assets entered January 22, 2014. | 500.00 | 500.00 | | 500.00 | FA |
| 37 | 2009 Royal Cargo Trailer<br>See Order to Sell Assets entered January 22, 2014. | 1,500.00 | 1,500.00 | | 518.00 | FA |
| 38 | Retainer for legal services (not used) (u)<br>See Amended Schedule B filed December 10, 2013. | 4,914.00 | 4,914.00 | | 4,914.00 | FA |
| 38 | **Assets   Totals** (Excluding unknown values) | **$1,173,368.94** | **$51,603.00** | | **$37,664.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83437  
**Case Name:** JACKSON, BRIAN W.  
JACKSON, CHRISTINE M.  
**Period Ending:** 04/08/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/07/13 (f)  
**§341(a) Meeting Date:** 11/07/13  
**Claims Bar Date:** 02/14/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   April 8, 2014      **Current Projected Date Of Final Report (TFR):**   April 8, 2014  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 13-83437 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | JACKSON, BRIAN W. | | **Bank Name:** | Rabobank, N.A. |
| | JACKSON, CHRISTINE M. | | **Account:** | ******2066 - Checking Account |
| **Taxpayer ID #:** | **-***1877 | | **Blanket Bond:** | $736,000.00  (per case limit) |
| **Period Ending:** | 04/08/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/17/13 | {38} | Law Office of Michael J. Fleck, P.C. | Non-used retainer | 1229-000 | 4,914.00 | | 4,914.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,904.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,894.00 |
| 02/19/14 | | Brian & Christine Jackson | Bankruptcy Estate's interest in non-exempt assets pursuant to Order to Sell Assets entered January 22, 2014 | | 32,750.00 | | 37,644.00 |
| | {16} | | 1,000.00 | 1129-000 | | | 37,644.00 |
| | {17} | | 50.00 | 1129-000 | | | 37,644.00 |
| | {18} | | 100.00 | 1129-000 | | | 37,644.00 |
| | {19} | | 1,000.00 | 1129-000 | | | 37,644.00 |
| | {20} | | 175.00 | 1129-000 | | | 37,644.00 |
| | {21} | | 300.00 | 1129-000 | | | 37,644.00 |
| | {29} | | 1,000.00 | 1129-000 | | | 37,644.00 |
| | {30} | | 2,222.00 | 1129-000 | | | 37,644.00 |
| | {31} | | 15,000.00 | 1129-000 | | | 37,644.00 |
| | {32} | | 8,385.00 | 1129-000 | | | 37,644.00 |
| | {33} | | 1,000.00 | 1129-000 | | | 37,644.00 |
| | {34} | | 1,000.00 | 1129-000 | | | 37,644.00 |
| | {35} | | 500.00 | 1129-000 | | | 37,644.00 |
| | {36} | | 500.00 | 1129-000 | | | 37,644.00 |
| | {37} | | 518.00 | 1129-000 | | | 37,644.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.13 | 37,624.87 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.31 | 37,572.56 |
| | | | **ACCOUNT TOTALS** | | 37,664.00 | 91.44 | **$37,572.56** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 37,664.00 | 91.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,664.00** | **$91.44** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 13-83437 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** JACKSON, BRIAN W. | **Bank Name:** Rabobank, N.A. |
| JACKSON, CHRISTINE M. | **Account:** ******2066 - Checking Account |
| **Taxpayer ID #:** **-***1877 | **Blanket Bond:** $736,000.00  (per case limit) |
| **Period Ending:** 04/08/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|
| | **TOTAL - ALL ACCOUNTS** | | | | |
| | **Checking # ******2066** | | 37,664.00 | 91.44 | 37,572.56 |
| | | | $37,664.00 | $91.44 | $37,572.56 |

{} Asset reference(s)

Printed: 04/08/2014 12:37 PM    V.13.14

# Claims Register

## Case: 13-83437   JACKSON, BRIAN W.

Claims Bar Date: 02/14/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br><br>ROCKFORD, IL 61108<br><br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>10/07/13 | [Updated by Surplus to Debtor Report based on Net Estate Value: 27885.02] | $3,538.50<br>$3,538.50 | $0.00 | $3,538.50 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>10/07/13 |  | $2,389.50<br>$2,389.50 | $0.00 | $2,389.50 |
| 1 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br><br>Omaha, NE 68197<br><br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/29/13 | 1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197<br>------------------------------------------------------------------------------* * * | $7,626.39<br>$7,626.39 | $0.00 | $7,626.39 |
| 1I | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>11/29/13 |  | $5.15<br>$5.15 | $0.00 | $5.15 |
| 2 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/24/13 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701<br>------------------------------------------------------------------------------* * * | $9,105.95<br>$9,105.95 | $0.00 | $9,105.95 |
| 2I | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>12/24/13 |  | $6.15<br>$6.15 | $0.00 | $6.15 |
| 3 | Chase Bank USA, N.A.<br><br>P.O. Box 15145<br>Wilmington, DE 19850-5145<br><br><7200-00   Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>04/01/14 | Michael Rusin<br>600 Business Center Dr.<br>Heathrow, FL 32746<br>------------------------------------------------------------------------------* * * | $5,118.48<br>$5,118.48 | $0.00 | $5,118.48 |

# Claims Register

## Case: 13-83437    JACKSON, BRIAN W.

Claims Bar Date: 02/14/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3I | Chase Bank USA, N.A. <br> P.O. Box 15145 <br> Wilmington, DE 19850-5145 <br> <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured <br> 04/01/14 | | $3.46 <br> $3.46 | $0.00 | $3.46 |
| SURPLUS | JACKSON, BRIAN W. <br> 1006 BUTLER DRIVE <br> CRYSTAL LAKE, IL 60014 <br> <8200-00  Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>, 650 | Unsecured <br> 10/07/13 | | $9,778.98 <br> $9,778.98 | $0.00 | $9,778.98 |

| | | | Case Total: | $0.00 | $37,572.56 |
|---|---|---|---|---|---|

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-83437
Case Name: JACKSON, BRIAN W.
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**  $    37,572.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $    0.00
Remaining balance:  $    37,572.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 3,538.50 | 0.00 | 3,538.50 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,389.50 | 0.00 | 2,389.50 |

Total to be paid for chapter 7 administration expenses:  $    5,928.00
Remaining balance:  $    31,644.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $    0.00
Remaining balance:  $    31,644.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 31,644.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,732.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | 7,626.39 | 0.00 | 7,626.39 |
| 2 | American Express Centurion Bank | 9,105.95 | 0.00 | 9,105.95 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 16,732.34 |
| Remaining balance: | $ | 14,912.22 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,118.48 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. | 5,118.48 | 0.00 | 5,118.48 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 5,118.48 |
| Remaining balance: | $ | 9,793.74 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 9,793.74 |

**UST Form 101-7-TFR (05/1/2011)**

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $14.76.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $9,778.98.