# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: JACKSON, BRIAN W. | § | Case No. 13-83437 |
|      JACKSON, CHRISTINE M. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/16/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                         By:    /s/ STEPHEN G. BALSLEY
                                                                                    Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: JACKSON, BRIAN W. § Case No. 13-83437
      JACKSON, CHRISTINE M. §
       §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 37,664.00 |
| *and approved disbursements of* | $ 91.44 |
| *leaving a balance on hand of* [1] | $ 37,572.56 |
| **Balance on hand:** | $ 37,572.56 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 37,572.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 3,538.50 | 0.00 | 3,538.50 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,389.50 | 0.00 | 2,389.50 |

Total to be paid for chapter 7 administration expenses: $ 5,928.00
Remaining balance: $ 31,644.56

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 31,644.56 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 31,644.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,732.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | 7,626.39 | 0.00 | 7,626.39 |
| 2 | American Express Centurion Bank | 9,105.95 | 0.00 | 9,105.95 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 16,732.34 |
| Remaining balance: | $ | 14,912.22 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 5,118.48 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. | 5,118.48 | 0.00 | 5,118.48 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 5,118.48 |
| Remaining balance: | $ | 9,793.74 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 9,793.74 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $14.76.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 9,778.98.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                                      Case No. 13-83437-TML
Brian W. Jackson                                                            Chapter 7
Christine M. Jackson
         Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave               Page 1 of 2              Date Rcvd: May 22, 2014
                              Form ID: pdf006               Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2014.
db/jdb       +Brian W. Jackson,    Christine M. Jackson,    1006 Butler Drive,    Crystal Lake, IL 60014-6927
21075803      American Express,    PO Box 0001,   Los Angeles, CA 90096-8000
21360923      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21075804     +Americas Servicing Co,    Po Box 10328,   Des Moines, IA 50306-0328
21075805     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
21075806     +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
21747458     +Chase Bank USA, N.A.,    Michael Rusin,    600 Business Center Dr.,    Heathrow, FL 32746-5583
21745045     +Chase Bank USA, N.A.,    c/o Kevin C. Driscoll, Jr.,    Barnes & Thornburg LLP,,
               1 North Wacker Drive, Suite 4400,,   Chicago, IL 60606-2841
21075807      Chase Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
21075808     +City of Waukegan,    Department of Finnance & Administra,    100 N. Martin Luther King Jr. Ave.,
               Waukegan, IL 60085-4328
21075809     +Codilis & Associates, P.C.,    15W030 North Frontage Road,    Ste 100,    Burr Ridge, IL 60527-6921
21321828     +DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee fo,    9191 Broadway,
               Merrillville, IN 46410-7043
21075810      First National Bank Omaha,    PO Box 2557,   Omaha, NE 68103-2557
21280531     +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
21075811     +Fnb Omaha,    Po Box 3412,   Omaha, NE 68103-0412
21075812     +Freidman Anselmo Lindberg & Rappe L,    1807 W. Diehl Road, Suite 333,    P.O. Box 3228,
               Naperville, IL 60566-3228
21075813      Nationwide Credit, Inc.,    PO Box 9001719,   Louisville, KY 40290-1719
21075814     +Ocwen Loan Servicing L,    3451 Hammond Ave,   Waterloo, IA 50702-5345
21075815     +Onewest Bank,    6900 Beatrice Dr,   Kalamazoo, MI 49009-9559
21075816     +Peoples Engy,    130 E Randolph,   Chicago, IL 60601-6302
21075817     +Pierce & Associates,    Thirteenth Floor,    1 N. Dearborn,   Chicago, IL 60602-4331
21075819     +Sears/Cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
21075818     +Sears/Cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
21075820    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
21138468     +Wells Fargo Bank, N.A. servicing agent for U.S. BA,    C/O,    Pierce & Associates,
               1 N. Dearborn Ste 1300,   Chicago, IL 60602-4373
21075821     +Wells Fargo Home Mortgage,    PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on May 22, 2014 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor    Wells Fargo Bank, N.A. servicing agent for U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-10, ADJUSTABLE RATE
           MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005 anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Gloria C  Tsotsos    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Adjustable Rate Mortgage Trust 2005-10, Adjustable Rate Mortgage Backed Pass Through
           Certificates, Series 2005-10 nd-two@il.cslegal.com
```

Case 13-83437   Doc 53   Filed 05/22/14   Entered 05/24/14 23:35:59   Desc Imaged
Certificate of Notice   Page 8 of 8

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: May 22, 2014
                              Form ID: pdf006              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Nicholas D. Strom   on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST2004-AR5, MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-AR5 strom@bcclegal.com, pluister@bcclegal.com,mavropodis@bcclegal.com,bochnowski@bcclegal.com
          Nisha B Parikh   on behalf of Creditor    U.S. Bank National Association... nparikh@fal-illinois.com, bankruptcy@fal-illinois.com
          Nisha B Parikh   on behalf of Creditor    U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-10, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-10 nparikh@fal-illinois.com, bankruptcy@fal-illinois.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley   on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com, IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
          Steven J Brody   on behalf of Debtor Brian W. Jackson steve@sjbrodylaw.com, heather@sjbrodylaw.com
          Steven J Brody   on behalf of Joint Debtor Christine M. Jackson steve@sjbrodylaw.com, heather@sjbrodylaw.com
          Toni  Dillon   on behalf of Creditor    Wells Fargo Bank, N.A. servicing agent for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-10, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005 tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                                                                                                 TOTAL: 11