# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: JACKSON, BRIAN W. | § Case No. 13-83437 |
| JACKSON, CHRISTINE M. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $1,116,965.94           Assets Exempt: $408,434.58
(without deducting any secured claims)

Total Distribution to Claimants: $21,865.58    Claims Discharged
                                               Without Payment: $338.00

Total Expenses of Administration: $6,019.44
```

    3) Total gross receipts of $ 37,664.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 9,778.98 (see **Exhibit 2**), yielded net receipts of $27,885.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $779,087.23 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,019.44 | 6,019.44 | 6,019.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,693.00 | 21,865.58 | 21,865.58 | 21,865.58 |
| **TOTAL DISBURSEMENTS** | $799,780.23 | $27,885.02 | $27,885.02 | $27,885.02 |

4) This case was originally filed under Chapter 7 on October 07, 2013. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/15/2014            By: /s/STEPHEN G. BALSLEY
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Misc household items and furniture | 1129-000 | 1,000.00 |
| Misc art | 1129-000 | 50.00 |
| CDs | 1129-000 | 100.00 |
| Diamond ring | 1129-000 | 1,000.00 |
| Diamond ring | 1129-000 | 175.00 |
| Canon T5I | 1129-000 | 300.00 |
| 2002 Chevrolet Blazer | 1129-000 | 1,000.00 |
| 2004 Chevrolet Silverado | 1129-000 | 2,222.00 |
| 2005 Chevrolet Corvette | 1129-000 | 15,000.00 |
| 2007 Cadillac SRX | 1129-000 | 8,385.00 |
| 2008 Arctic Cat Crossfire 800 | 1129-000 | 1,000.00 |
| 2008 Arctic Cat Crossfire 600 | 1129-000 | 1,000.00 |
| 2003 Arctic Cat ZL 550 | 1129-000 | 500.00 |
| Arctic Cat ZL 440 | 1129-000 | 500.00 |
| 2009 Royal Cargo Trailer | 1129-000 | 518.00 |
| Retainer for legal services (not used) | 1229-000 | 4,914.00 |
| **TOTAL GROSS RECEIPTS** | | **$37,664.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JACKSON, BRIAN W. | Dividend paid 100.00% on $9,778.98; Claim# SURPLUS; Filed: $9,778.98; Reference: | 8200-002 | 9,778.98 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$9,778.98** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| NOTFILED | Ocwen Loan Servicing L | 4110-000 | 11,284.00 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen Loan Servicing L | 4110-000 | 11,346.00 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen Loan Servicing L | 4110-000 | 10,576.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Waukegan Department of Finnance & Administra | 4110-000 | 361.83 | N/A | N/A | 0.00 |
| NOTFILED | Onewest Bank | 4110-000 | 79,163.00 | N/A | N/A | 0.00 |
| NOTFILED | Onewest Bank | 4110-000 | 79,943.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 183,920.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Waukegan Department of Finnance & Administra | 4110-000 | 200.18 | N/A | N/A | 0.00 |
| NOTFILED | Onewest Bank | 4110-000 | 78,790.00 | N/A | N/A | 0.00 |
| NOTFILED | Onewest Bank | 4110-000 | 79,263.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Waukegan Department of Finnance & Administra | 4110-000 | 52.22 | N/A | N/A | 0.00 |
| NOTFILED | Americas Servicing Co | 4110-000 | 81,582.00 | N/A | N/A | 0.00 |
| NOTFILED | Americas Servicing Co | 4110-000 | 81,333.00 | N/A | N/A | 0.00 |
| NOTFILED | Americas Servicing Co | 4110-000 | 81,273.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$779,087.23** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 3,538.50 | 3,538.50 | 3,538.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,389.50 | 2,389.50 | 2,389.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 19.13 | 19.13 | 19.13 |
| Rabobank, N.A. | 2600-000 | N/A | 52.31 | 52.31 | 52.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$6,019.44** | **$6,019.44** | **$6,019.44** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First National Bank of Omaha | 7100-000 | 6,272.00 | 7,626.39 | 7,626.39 | 7,626.39 |
| 1I | First National Bank of Omaha | 7990-000 | N/A | 5.15 | 5.15 | 5.15 |
| 2 | American Express Centurion Bank | 7100-000 | 9,040.00 | 9,105.95 | 9,105.95 | 9,105.95 |
| 2I | American Express Centurion Bank | 7990-000 | N/A | 6.15 | 6.15 | 6.15 |
| 3 | Chase Bank USA, N.A. | 7200-000 | 5,043.00 | 5,118.48 | 5,118.48 | 5,118.48 |
| 3I | Chase Bank USA, N.A. | 7990-000 | N/A | 3.46 | 3.46 | 3.46 |
| NOTFILED | Peoples Engy | 7100-000 | 338.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbna | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbna | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $20,693.00 | $21,865.58 | $21,865.58 | $21,865.58 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83437  
**Case Name:** JACKSON, BRIAN W.  
　　　　　　　JACKSON, CHRISTINE M.  
**Period Ending:** 09/15/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/07/13 (f)  
**§341(a) Meeting Date:** 11/07/13  
**Claims Bar Date:** 02/14/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1006 Butler, Crystal Lake, IL | 199,560.00 | 0.00 | | 0.00 | FA |
| 2 | 2131 Williamsburg, Waukegan, | 76,374.00 | 0.00 | | 0.00 | FA |
| 3 | 2133 Williamsburg, Waukegan, | 75,419.00 | 0.00 | | 0.00 | FA |
| 4 | 2135 Williamsburg, Waukegan, | 75,632.00 | 0.00 | | 0.00 | FA |
| 5 | 2137 Williamsburg, Waukegan, | 75,256.00 | 0.00 | | 0.00 | FA |
| 6 | 2101 Georgetown, Waukegan, | 74,817.00 | 0.00 | | 0.00 | FA |
| 7 | 2138 Georgetown, Waukegan, | 76,552.00 | 0.00 | | 0.00 | FA |
| 8 | 1735 N. Berwick, Unit C, Waukegan, | 75,597.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 10 | BCU Savings account | 0.00 | 0.00 | | 0.00 | FA |
| 11 | BCU | 0.00 | 0.00 | | 0.00 | FA |
| 12 | BMO Harris Bank Checking account held in name of | 2,625.00 | 0.00 | | 0.00 | FA |
| 13 | BMO Harris Bank Checking account | 580.00 | 0.00 | | 0.00 | FA |
| 14 | JPMorgan Chase Checking account | 2,896.00 | 0.00 | | 0.00 | FA |
| 15 | MCU Credit Union Account | 622.00 | 0.00 | | 0.00 | FA |
| 16 | Misc household items and furniture<br>　　See Order to Sell Assets entered January 22, 2014. | 4,500.00 | 4,500.00 | | 1,000.00 | FA |
| 17 | Misc art<br>　　See Order to Sell Assets entered January 22, 2014. | 100.00 | 100.00 | | 50.00 | FA |
| 18 | CDs<br>　　See Order to Sell Assets entered January 22, 2014. | 300.00 | 300.00 | | 100.00 | FA |
| 19 | Diamond ring<br>　　See Order to Sell Assets entered January 22, 2014. | 2,000.00 | 2,000.00 | | 1,000.00 | FA |
| 20 | Diamond ring<br>　　See Order to Sell Assets entered January 22, 2014. | 175.00 | 175.00 | | 175.00 | FA |
| 21 | Canon T5I<br>　　See Order to Sell Assets entered January 22, 2014. | 300.00 | 300.00 | | 300.00 | FA |
| 22 | Genworth Life Insurance Policy | 1,346.50 | 0.00 | | 0.00 | FA |
| 23 | Lincoln Financial Group Annuity Owned by Brian J | 144,276.35 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83437  
**Case Name:** JACKSON, BRIAN W.  
               JACKSON, CHRISTINE M.  
**Period Ending:** 09/15/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/07/13 (f)  
**§341(a) Meeting Date:** 11/07/13  
**Claims Bar Date:** 02/14/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---:|---:|---|---:|---:|
| 24 | Structural Iron Workers Local No. 1 Annuity Reti | 221,652.23 | 0.00 | | 0.00 | FA |
| 25 | Iron Workers Mid American Fund Wells Fargo | 783.00 | 0.00 | | 0.00 | FA |
| 26 | Anngar Group LLC | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Judgment against Julius Soltero Lake County, IL | 8,884.00 | 0.00 | | 0.00 | FA |
| 28 | Judgment against Charles Gonzalez and Patricia F | 3,893.86 | 0.00 | | 0.00 | FA |
| 29 | 2002 Chevrolet Blazer<br>   See Order to Sell Assets entered January 22, 2014. | 1,326.00 | 1,326.00 | | 1,000.00 | FA |
| 30 | 2004 Chevrolet Silverado<br>   See Order to Sell Assets entered January 22, 2014. | 4,622.00 | 2,222.00 | | 2,222.00 | FA |
| 31 | 2005 Chevrolet Corvette<br>   See Order to Sell Assets entered January 22, 2014. | 20,581.00 | 20,581.00 | | 15,000.00 | FA |
| 32 | 2007 Cadillac SRX<br>   See Order to Sell Assets entered January 22, 2014. | 10,785.00 | 8,385.00 | | 8,385.00 | FA |
| 33 | 2008 Arctic Cat Crossfire 800<br>   See Order to Sell Assets entered January 22, 2014. | 2,000.00 | 2,000.00 | | 1,000.00 | FA |
| 34 | 2008 Arctic Cat Crossfire 600<br>   See Order to Sell Assets entered January 22, 2014. | 1,800.00 | 1,800.00 | | 1,000.00 | FA |
| 35 | 2003 Arctic Cat ZL 550<br>   See Order to Sell Assets entered January 22, 2014. | 1,000.00 | 1,000.00 | | 500.00 | FA |
| 36 | Arctic Cat ZL 440<br>   See Order to Sell Assets entered January 22, 2014. | 500.00 | 500.00 | | 500.00 | FA |
| 37 | 2009 Royal Cargo Trailer<br>   See Order to Sell Assets entered January 22, 2014. | 1,500.00 | 1,500.00 | | 518.00 | FA |
| 38 | Retainer for legal services (not used) (u)<br>   See Amended Schedule B filed December 10, 2013. | 4,914.00 | 4,914.00 | | 4,914.00 | FA |
| 38 | **Assets Totals** (Excluding unknown values) | **$1,173,368.94** | **$51,603.00** | | **$37,664.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 13-83437  
**Case Name:** JACKSON, BRIAN W.  
JACKSON, CHRISTINE M.  
**Period Ending:** 09/15/14

**Trustee:** (330410)   STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/07/13 (f)  
**§341(a) Meeting Date:** 11/07/13  
**Claims Bar Date:** 02/14/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   April 8, 2014        **Current Projected Date Of Final Report (TFR):**   April 8, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-83437  
**Case Name:** JACKSON, BRIAN W.  
JACKSON, CHRISTINE M.  
**Taxpayer ID #:** **-***1877  
**Period Ending:** 09/15/14

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/13 | {38} | Law Office of Michael J. Fleck, P.C. | Non-used retainer | 1229-000 | 4,914.00 | | 4,914.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,904.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,894.00 |
| 02/19/14 | | Brian & Christine Jackson | Bankruptcy Estate's interest in non-exempt assets pursuant to Order to Sell Assets entered January 22, 2014 | | 32,750.00 | | 37,644.00 |
| | {16} | | 1,000.00 | 1129-000 | | | 37,644.00 |
| | {17} | | 50.00 | 1129-000 | | | 37,644.00 |
| | {18} | | 100.00 | 1129-000 | | | 37,644.00 |
| | {19} | | 1,000.00 | 1129-000 | | | 37,644.00 |
| | {20} | | 175.00 | 1129-000 | | | 37,644.00 |
| | {21} | | 300.00 | 1129-000 | | | 37,644.00 |
| | {29} | | 1,000.00 | 1129-000 | | | 37,644.00 |
| | {30} | | 2,222.00 | 1129-000 | | | 37,644.00 |
| | {31} | | 15,000.00 | 1129-000 | | | 37,644.00 |
| | {32} | | 8,385.00 | 1129-000 | | | 37,644.00 |
| | {33} | | 1,000.00 | 1129-000 | | | 37,644.00 |
| | {34} | | 1,000.00 | 1129-000 | | | 37,644.00 |
| | {35} | | 500.00 | 1129-000 | | | 37,644.00 |
| | {36} | | 500.00 | 1129-000 | | | 37,644.00 |
| | {37} | | 518.00 | 1129-000 | | | 37,644.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.13 | 37,624.87 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.31 | 37,572.56 |
| 06/16/14 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,389.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,389.50 | 35,183.06 |
| 06/16/14 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $3,538.50, Trustee Compensation; Reference: | 2100-000 | | 3,538.50 | 31,644.56 |
| 06/16/14 | 103 | First National Bank of Omaha | Dividend paid 100.00% on $7,626.39; Claim# 1; Filed: $7,626.39; Reference: | 7100-000 | | 7,626.39 | 24,018.17 |
| 06/16/14 | 104 | American Express Centurion Bank | Dividend paid 100.00% on $9,105.95; Claim# 2; Filed: $9,105.95; Reference: | 7100-000 | | 9,105.95 | 14,912.22 |
| 06/16/14 | 105 | Chase Bank USA, N.A. | Dividend paid 100.00% on $5,118.48; Claim# 3; Filed: $5,118.48; Reference: | 7200-000 | | 5,118.48 | 9,793.74 |
| 06/16/14 | 106 | First National Bank of Omaha | Dividend paid 100.00% on $5.15; Claim# 1I; Filed: $5.15; Reference: | 7990-000 | | 5.15 | 9,788.59 |
| 06/16/14 | 107 | American Express Centurion Bank | Dividend paid 100.00% on $6.15; Claim# 2I; Filed: $6.15; Reference: | 7990-000 | | 6.15 | 9,782.44 |

Subtotals :   $37,664.00   $27,881.56

{} Asset reference(s)

Printed: 09/15/2014 03:06 PM   V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 13-83437 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | JACKSON, BRIAN W. | | Bank Name: | Rabobank, N.A. |
| | JACKSON, CHRISTINE M. | | Account: | ******2066 - Checking Account |
| Taxpayer ID #: | **-***1877 | | Blanket Bond: | $598,000.00 (per case limit) |
| Period Ending: | 09/15/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/16/14 | 108 | JACKSON, BRIAN W. | Dividend paid 100.00% on $9,778.98; Claim# SURPLUS; Filed: $9,778.98; Reference: | 8200-002 | | 9,778.98 | 3.46 |
| 06/16/14 | 109 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7990-000 | | 3.46 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 37,664.00 | 37,664.00 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 37,664.00 | 37,664.00 | |
| | | | Less: Payments to Debtors | | | 9,778.98 | |
| | | | **NET Receipts / Disbursements** | | **$37,664.00** | **$27,885.02** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2066** | 37,664.00 | 27,885.02 | 0.00 |
| | **$37,664.00** | **$27,885.02** | **$0.00** |

{} Asset reference(s)

Printed: 09/15/2014 03:06 PM    V.13.15